BEFORE THE SECOND DIVISION, AUGUST 31, 1966

**No. P66/211.**—Davies, Turner & Company *v.* United States, protest 60/31241 (Philadelphia).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of mechanical apparatus, or parts thereof in chief value of metal, dedicated for use therewith, similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (50 Cust. Ct. 212, Abstract 67453), the claim of the plaintiff was sustained.